UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FABIAN VAKSMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL W. WYNNE,<br><br>        Defendant. | No. CV-07-225-FVS<br><br>ORDER DENYING MOTIONS |

**THIS MATTER** comes before the Court for consideration of several motions filed by Mr. Vaksman.

**IT IS HEREBY ORDERED:**

1. Mr. Vaksman's motion to update the record (**Ct. Rec. 26**) is granted to the limited extent that it adds an argument not contained in his original memorandum.

2. Mr. Vaksman's motion to incorporate (**Ct. Rec. 29**) is denied because the article he is offering in support of his summary judgment motion is irrelevant.

3. Mr. Vaksman's motion for default judgment (**Ct. Rec. 32**) is denied.  Pursuant to Federal Rule of Civil Procedure 12(a)(3), the government has 60 days in which to file an answer. Assuming, for purposes of argument, that the defendant was properly served with process on September 24, 2007, the defendant has until at least November 23, 2007, in which to file an answer.

ORDER - 1

4. Mr. Vaksman's argument that the defendant has failed to file a timely response to his summary judgment motion and, thus, he is entitled to judgment as a matter of law (**Ct. Rec. 36**) is denied. The defendant may have 45 days after the deadline for filing an answer in which to respond to Mr. Vaksman's motion for summary judgment.

5. Mr. Vaksman is not to submit any further evidence in support of his summary judgment motion or file any other motions until after January 7, 2008.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish a copy to the plaintiff and the United States Attorney for the Eastern District of Washington.

**DATED** this ___7th___ day of November, 2007.

                        s/ Fred Van Sickle
                        Fred Van Sickle
                 United States District Judge

ORDER - 2