UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FABIAN VAKSMAN,

        Plaintiff,

   v.

MICHAEL W. WYNNE,

        Defendant.

No. CV-07-225-FVS

ORDER

**THIS MATTER** having come before the Court based upon the plaintiff's motion for summary judgment; and the Court having determined that the defendant is entitled to a reasonable time in which to respond; Now, therefore

**IT IS HEREBY ORDERED:**

1. The plaintiff's motion to grant his summary judgment motion **(Ct. Rec. 51) is denied.** Oral argument scheduled on February 22, 2008 is stricken.

2. The defendant shall file a response to the plaintiff's summary judgment motion by April 10, 2008.

2. The plaintiff shall file a reply by April 24, 2008.

3. After reviewing the parties pleadings and papers, the Court will determine whether oral argument will be helpful.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___10th___ day of January, 2008.

                s/ Fred Van Sickle
                  Fred Van Sickle
        United States District Judge

ORDER - 1