AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

FABIAN VAKSMAN,

                    Plaintiff,

                          v.

MICHAEL W. WYNNE, Secretary,
Department of the Air Force,

                    Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-225-FVS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the Plaintiff's motion for summary judgment is Denied.  The Defendant's motion for summary judgment is Granted.  Plaintiff's claims against the Defendant are dismissed with prejudice.  The Court will not entertain a motion for reconsideration.

September 5, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*

Shirley Peters